

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00221-CR

**IN RE** Juan Roberto **RODRIGUEZ**

Original Proceeding[1]

### ORDER

On April 14, 2022, relator filed a pro se petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 27, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 1990CR1294, styled *State of Texas v. Juan Roberto Rodriguez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.